FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 MAY 14  PM 1:46

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
      Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| BENJAMIN RANDALL DAVIES, | Bankruptcy No. 08-27101 |
|  | (Chapter 7) |
| Debtor(s) | Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

   ___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

   ✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
|  | Credit First NA<br>PO Box 818011<br>Cleveland, OH 44181 | $4.38 |
|  | American Express Centurion Bank<br>c/o Becket & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $1.23 |

A check in the amount of $5.61 representing said funds is payable to the United States

Bankruptcy Court, and is attached hereto.

    DATED this _____ day of May, 2010

/s/
_____
DAVID L. MILLER
Chapter 7 Trustee

```
            UNITED STATES
        U.S. Bankruptcy Cour
            District of Utah

        #  00263847  -  BH

            May 14, 2010


    Code    Case #     Qty      Amoun
t

  <OR=$25  08-27101               5.
61 CK
    Debtor - DAVIES


    TOTAL→              5.61



FROM: DAVID L. MILLER
      CK 106
```

